## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL EUGENE JACKSON, and<br>JAMES RAY MOORE,<br><br>    Plaintiffs,<br><br>v.<br><br>THE EDUCATION AND<br>EMPLOYMENT MINISTRY,<br>JIM ROBERTSON, individually and<br>in his official capacity,<br>BERT BELANGER, individually and<br>in his official capacity, and<br>KRIS STEELE, individually and<br>in his official capacity,<br><br>    Defendants. | Case No. CIV-14-1364-D |

### **O R D E R**

Pursuant to the Order [Doc. No. 40] granting Defendants' Motion to Dismiss, judgment is hereby entered in favor of Defendants and against Plaintiffs.

Entered this 9th day of June, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE